UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

          Plaintiff,

vs.

BLUE IN GREEN, LLC, a New York limited liability company, d/b/a BLUE IN GREEN, and GREENE STREET UNIT 1, LLC, a Florida limited liability company,

          Defendants.
                                        /

CASE NO: 1:23-cv-08731-JLR

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, LUIGI GIROTTO, and Defendants, BLUE IN GREEN, LLC, a New York limited liability company, d/b/a BLUE IN GREEN and GREENE STREET UNIT 1, LLC, a Florida limited liability company, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 19th day of June, 2024.

By: _____
B. Bradley Weitz, Esq.
THE WEITZ LAW FIRM, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
E-mail: BBW@weitzfirm.com
*Attorney for Plaintiff*

By: _____
Mark F. Heinze, Esq.
Ofeck & Heinze, L LP
85 Main Street, Suite 204
Hackensack, NJ 07601
Telephone: (212) 488-9900
Fax: (201) 488-4475
Email: markfheinze@gmail.com
*Attorney for Defendants*

**SO ORDERED:**

_____
Jennifer L. Rochon, U.S.D.J.

Dated: June 20, 2024
       New York, New York